IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC._§_§_§_*Plaintiff*,_§_§_v._§_§_ASUSTEK COMPUTER INC._§_§_*Defendant*._§ | Civil Action No.  6:22-cv-00311-ADA<br>Civil Action No.  6:22-cv-00312-ADA<br>Civil Action No.  6:22-cv-00313-ADA<br><br>JURY DEMANDED |

### ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PREVIOUSLY-UNDISCLOSED INVALIDITY THEORIES IN THE EXPERT REPORT OF DR. COLEMAN AND PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY

Before the Court is Plaintiff SVV Technology Innovations Inc.'s Motion to Strike the New Previously Undisclosed Invalidity Theories of Dr. Zane Coleman and Partial Summary Judgment of Invalidity.  After consideration of the motion, the Court is of the opinion that the motion should be GRANTED.  The following paragraphs of Dr. Coleman's report are hereby STRICKEN:

75-107, 116-141, 143-184, 186-198, 200-219, 221-294, 325-328, 345-347, 352, 353, 357, 364-370, 374-377, 380, 385-390, 395-398, 401, 407, 408, 410-414, 418, 420, 421, 423-457, 477, 486-487, 490-491, 501-543, 566, 572, 574, 578, 591-597, 604, 614, 616-667, 679-680, 693, 696-701, 714, 715, 725, 728-818, 826-828. 845-847, 860, 863-868, 872-901, 1037, 1139, 1160-1163, 1190, 1191, 1272-1283, 1286-1288, 1291, 1292, 1294, 1298, 1299, 1302, 1303, 1306-1311, 1313-1316, 1318-1324, 1369-1372, 1376-1385, 1423, 1424, 1592-1600, 1631-1632, and 1640-1643.

The Court also GRANTS the Motion for Partial Summary Judgment of No Invalidity as to claim 23 of U.S. Patent No. 10,439,088; claims 1, 2, 3, 9, 12, and 14 of U.S. Patent No. 8,740,397; and claim 16 of U.S. Patent No. 10,838,135.

Signed on this _____ day of _____, 2023.

                                                                             _____
                                                              ALAN D ALBRIGHT, UNITED STATES DISTRICT JUDGE