IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** § § § | |
| *Plaintiff*, § | |
| § | Civil Action No.  6:22-cv-00311-ADA |
| v. § | Civil Action No.  6:22-cv-00312-ADA |
| § | Civil Action No.  6:22-cv-00313-ADA |
| **ASUSTEK COMPUTER INC.** § | |
| § | **JURY DEMANDED** |
| *Defendant*. § § | |

### JOINT NOTICE REGARDING MODIFICATIONS TO SCHEDULING ORDER

The parties hereby notify the Court that they have agreed to move certain deadlines that do not impact the Court's schedule as follows:

| Original Deadline[1] | New Deadline | Item |
|---|---|---|
| November 27, 2023 | April 12, 2024 | File Motions *in limine*. |
| December 1, 2023 | April 19, 2024 | File oppositions to motions *in limine* |
| December 19, 2023 | May 1, 2024 | File joint notice identifying remaining objections to disputes on motions *in limine*. |
| November 10, 2023[2] | March 15, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| November 17, 2023 | April 5, 2024 | Serve objections to pretrial disclosures<br><br>Serve rebuttal disclosures. |
| November 27, 2023 | April 19, 2024 | Serve objections to rebuttal disclosures |
| December 1, 2023 | April 29, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, |

---

[1] Unless indicated otherwise, dates are taken from Dkt. 20 in Case No. 6:22-cv-00311, Dkt. 21 in Case No. 6:22-cv-00312 and Dkt. 21 Case No. 6:22-cv-00313.

[2] *See* Dkt. 64 in Case No. 6:22-cv-00311, Dkt. 65 in Case No. 6:22-cv-00312 and Dkt. 66 in Case No. 6:22-cv-00313.

| | | witness lists, discovery and deposition designations). |
|---|---|---|
| December 8, 2023 | April 29, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections on motions *in limine*. |
| December 19, 2023 | May 8, 2024 | File joint notice identifying remaining objections to pretrial disclosures. |
| | May 16, 2024[3] | Final Pretrial Conference. |
| October 13, 2023 | May 23, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits.  To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side.  The parties shall file a Joint Report within 2 business days regarding the results of the meet and confer. |
| | May 30, 2024 | Plaintiff narrows asserted claims.  (There was previously only a deadline to meet/confer.  This is the deadline to provide notice of narrowing.) |
| | June 6, 2024 | Defendant narrows prior art (all bases, i.e., references, combinations, and any section 112 bases).  This is the deadline to provide notice of narrowing. |
| January 12, 2024 | At Court's convenience[4] | Jury Selection/Trial. |

---

[3] The pretrial conference date was reset in the Court's Order of Dec. 21, 2023.  Because the Parties are not seeking to change a hearing/trial date, no motion is believed to be required.

[4] The change of the trial date to "Court's Convenience" was driven by the Court's Order of Dec. 21, 2023 resetting the pretrial conference for May 16, 2024.

DATED: January 2, 2024                        Respectfully submitted and agreed to,

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEY FOR PLAINTIFF**
**SVV TECHNOLOGY INNOVATIONS INC.**


By: */s/ Robert H. Sloss (with permission)*
Jack Shaw
California Bar No. 309382
Robert H. Sloss (*Admitted pro hac vice*)
California Bar No. 87757
**PROCOPIO CORY HARGREAVES**
**& SAVITCH LLP**
1117 S. California Ave., Suite 200
Palo Alto, CA 94304
Telephone: (650) 645-9000
Facsimile: (650) 687-8300
Email: robert.sloss@procopio.com
Email: jack.shaw@procopio.com

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND**
**JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel: (254) 732-2242
Email: msiegmund@cjsjlaw.com

*Attorneys for Defendant ASUSTEK COMPUTER, INC*