UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00311-ADA |
| | § | WA:22-CV-00312-ADA |
| ASUSTEK COMPUTER INC. | § | WA:22-CV-00313-ADA |

## ORDER RESETTING JURY TRIAL

　　IT IS HEREBY ORDERED that the above entitled and numbered cases are reset for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, June 17, 2024 at 09:00 AM**.

　　IT IS SO ORDERED this 2nd day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE