IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** § § § | |
| *Plaintiff*, § § | Civil Action No. 6:22-cv-00311-ADA |
| v. § | Civil Action No. 6:22-cv-00312-ADA |
| § | Civil Action No. 6:22-cv-00313-ADA |
| **ASUSTEK COMPUTER INC.** § § | **JURY DEMANDED** |
| *Defendant*. § § | |

## JOINT NOTICE REGARDING MODIFICATIONS TO SCHEDULING ORDER

The parties hereby notify the Court that they have agreed to move certain deadlines that do not impact the Court's schedule as follows:

| Original Deadline | New Deadline | Item |
|---|---|---|
| March 15, 2024 | March 22, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |

1

DATED: March 8, 2024                    Respectfully submitted and agreed to,

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEY FOR PLAINTIFF
SVV TECHNOLOGY INNOVATIONS INC.**


By:  */s/ Robert H. Sloss (with permission)*
Jack Shaw
California Bar No. 309382
Robert H. Sloss (*Admitted pro hac vice*)
California Bar No. 87757
**PROCOPIO CORY HARGREAVES
& SAVITCH LLP**
1117 S. California Ave., Suite 200
Palo Alto, CA 94304
Telephone: (650) 645-9000
Facsimile: (650) 687-8300
Email: robert.sloss@procopio.com
Email: jack.shaw@procopio.com

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel: (254) 732-2242
Email: msiegmund@cjsjlaw.com

*Attorneys for Defendant ASUSTEK
COMPUTER, INC*