IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTeK COMPUTER INC., <br><br> Defendant. | Civil Action No. 6:22-cv-00311-ADA <br><br> JURY DEMANDED |

**DEFENDANT ASUSTeK COMPUTER INC.'S NOTICE OF DISCLOSURE OF
PRIOR ART PURSUANT TO 35 U.S.C. § 282**

Defendant ASUSTeK Computer Inc. ("ASUSTeK" or "Defendant") hereby provides its notice of disclosure pursuant to 35 U.S.C. § 282 to Plaintiff SVV Technology Innovations, Inc. ("SVV" or "Plaintiff") of prior art materials with respect to the asserted United States Patent Nos. 8,290,318 (the "'318 Patent"); 9,880,342 (the "'342 Patent"); 10,439,089 (the "'089 Patent"); and 10,627,562 (the "'562 Patent") (collectively, the "Asserted Patents").

In addition to the items expressly disclosed in this Notice, Defendant also incorporates by reference the potential trial exhibits, the expert reports submitted in this matter, all information set forth in the file histories for the Asserted Patents or otherwise disclosed in pleadings and discovery in this case, including Defendant's invalidity contentions, discovery responses and supplemental responses, and in correspondence.

Further, Defendant disclose persons who may be called upon to provide testimony regarding prior art at trial. Defendant reserves the right to supplement this statement as appropriate.

1

I. **PATENTS AND PATENT APPLICATIONS**

| Country | Patents / Patent Applications | Filing Date | Issue Date / Publication Date | Patentees / Named Inventors |
|---|---|---|---|---|
| USA | U.S. Patent No. 5,005,108 | Feb. 10, 1989 | Apr. 2, 1991 | David J. Pristash<br>Jeffery R. Parker |
| USA | U.S. Patent No. 5,897,184 | Jul. 2, 1996 | Apr. 27, 1999 | Jesse B. Eichenlaub<br>Russell W. Gruhlke |
| USA | U.S. Patent No. 6,139,162 | Mar. 16, 1998 | Oct. 31, 2000 | Tadahiro Masaki |
| USA | U.S. Patent No. 6,247,826 | Jul. 6, 1998 | Jun. 19, 2001 | Tatsuaki Funamoto<br>Osamu Yokoyama |
| USA | U.S. Patent No. 7,046,905 | Jul. 11, 2000 | May 16, 2006 | Mark E. Gardiner<br>Sanford Cobb<br>Wade D. Kretman |
| USA | U.S. Patent No. 7,131,764 | Jun. 1, 2005 | Nov. 7, 2006 | Chien-Hung Hsu<br>Wen-Yung Huang<br>Ming-Dah Liu<br>Bor-Jyh Pan |
| USA | U.S. Patent No. 7,246,933 | Mar. 9, 2005 | Jun. 24, 2007 | Toru Kunimochi |
| USA | U.S. Patent No. 7,481,562 | Nov. 18, 2004 | Jan. 27, 2009 | Janet Bee Yin Chua<br>Kok Chin Pan<br>Kee Yean Ng<br>Kheng Leng Tan<br>Tajul Arosh Baroky |
| USA | U.S. Patent No. 7,518,799 | May 10, 2007 | Apr. 14, 2009 | Ju-hwa Ha<br>Jung-wook Paek<br>Jin-sung Choi<br>Byung-yun Joo<br>Jin-soo Kim<br>Min-young Song |
| USA | U.S. Patent No. 7,663,713 | Nov. 28, 2005 | Feb. 16, 2010 | Ken Saito<br>Shigeo Shimano<br>Hiroshi Nakamoto<br>Hiroyuki Yoshida<br>Hirokazu Yabe<br>Toshitsugu Miyawaki<br>Akiyoshi Tobe |
| USA | U.S. Patent No. 7,667,786 | Jun. 16, 2006 | Feb. 23, 2010 | Masanori Nouchi<br>Fumitoshi Matsuda<br>Hiromitsu Hashiba |
| USA | U.S. Patent No. 7,695,150 | Apr. 6, 2006 | Apr. 13, 2010 | Norihiro Dejima<br>Makoto Kurihara<br>Tomoki Fukuda |

| Country | Patents / Patent Applications | Filing Date | Issue Date / Publication Date | Patentees / Named Inventors |
|---|---|---|---|---|
| USA | U.S. Patent No. 7,876,489 | Sep. 26, 2006 | Jan. 25, 2011 | Jignesh Gandhi<br>Nesbitt W. Hagood<br>Roger W. Barton |
| USA | U.S. Patent No. 7,918,597 | Oct. 16, 2008 | Apr. 5, 2011 | Toru Kunimochi |
| USA | U.S. Patent No. 8,011,819 | Dec. 31, 2008 | Sep. 6, 2011 | Guo-Han Yue |
| USA | U.S. Patent No. 8,070,346 | Sep. 7, 2007 | Dec. 6, 2011 | Satoshi Maeda<br>Hirokazu Aritake |
| USA | U.S. Patent No. 8,343,575 | Dec. 30, 2008 | Jan. 1, 2013 | Robert S. Dubrow |
| USA | U.S. Patent No. 8,718,437 | Sep. 12, 2008 | May 6, 2014 | Seth Coe-Sullivan<br>John R. Linton<br>Craig Breen<br>Jonathan S. Steckel<br>Mark Comerford<br>Rohit Modi |
| USA | U.S. Patent App. Pub. No. 2006/0109682 | Dec. 30, 2004 | May 25, 2006 | Youngwook Ko<br>Namheon Lee<br>Youngju Ahn |
| USA | U.S. Patent App. Pub. No. 2007/0002583 | Dec. 22, 2005 | Jan. 4, 2007 | Man Hoan Lee Ji Su Yoon Sung Keun Lee |
| USA | U.S. Patent App. Pub. No. 2007/0069978 | Sep. 28, 2006 | Mar. 29, 2007 | Yasuhiro Daiku |
| USA | U.S. Patent App. Pub. No. 2007/0279727 | Sep. 26, 2006 | Dec. 6, 2007 | Jignesh Gandhi<br>Nesbitt W. Hagood<br>Roger W. Barton |
| USA | U.S. Patent App. Pub. No. 2008/0158912 | May 2, 2007 | Jul. 3, 2008 | Yem-Yeu Chang<br>Wen-Hsun Yang |
| USA | U.S. Patent App. Pub. No. 2008/0213508 | Jan. 24, 2008 | Sep. 4, 2008 | Megumu Nagasawa<br>Michie Sakamoto<br>Akira Ootani |
| USA | U.S. Patent App. Pub. No. 2008/0230112 | Mar. 25, 2008 | Sep. 25, 2008 | Keith W. Barnham<br>Ian M. Ballard<br>Massimo Mazzer |
| USA | U.S. Patent App. Pub. No. 2008/0271776 | May 1, 2008 | Nov. 6, 2008 | John Paul Morgan |
| USA | U.S. Patent App. Pub. No. 2009/0091681 | Oct. 2, 2008 | Apr. 9, 2009 | Shigeki Nishizawa<br>Tsutomu Sato<br>Yuuji Oomori |
| USA | U.S. Patent App. Pub. No. 2010/0283072 | Jan. 15, 2010 | Nov. 11 2010 | Peter T. Kazlas |
| USA | U.S. Patent App. Pub. No. 2010/0033989 | July 28, 2009 | Feb. 11, 20210 | Tun-Chien Teng<br>Jyh-Ming Chen |

| Country | Patents / Patent Applications | Filing Date | Issue Date / Publication Date | Patentees / Named Inventors |
|---|---|---|---|---|
| USA | U.S. Patent App. Pub. No. 2010/0288352 | May 11, 2010 | Nov. 18, 2010 | Jin Ji<br><br>Lawrence Kaufman |
| USA | U.S. Patent App. Pub. No. 2011/0308611 | Mar. 21, 2011 | Dec. 22, 2011 | John Paul Morgan |
| USA | U.S. Provisional Application No. 60/915,207 | May 1, 2007 | | John Paul Morgan |
| USA | U.S. Provisional Application No. 60/951,775 | July 25, 2007 | | John Paul Morgan |
| USA | U.S. Provisional Application No. 60/946,382 | Jun. 26, 2007 | | Seth Coe-Sullivan |
| USA | U.S. Provisional Application No. 60/971,885 | Sep. 12, 2007 | | Seth Coe-Sullivan |
| Int'l | International Publication Number WO 2009/031728 | Nov. 26, 2007 | Mar. 12, 2009 | Seong Hoon Lee<br>Man Suk Kim<br>O Yong Jeong |
| Japan | Japanese Patent Application Publication No. 2006/114239 | Apr. 27, 2006 | | Mitsuru Kamikatano<br>Kuniharu Himeno<br>Yoshishiro Terada |
| Japan | Japanese Patent Application Publication No. JP 2008/198376 | Feb. 8, 2007 | Aug. 28, 20 | Yukito Nakamura |
| Japan | Japanese Patent Application Publication No. 2009/277464 | May 14, 2008 | Nov. 26, 2009 | Koyama |
| Japan | Japanese Patent Application Publication No. 2009/301805 | June 11, 2008 | Dec. 24, 2009 | Takeshi Ishida |
| Korea | Korean Patent Application Publication No. KR100933213 | May 13, 2009 | Dec. 22, 2009 | Gwang-Seon Yoo |

## II. PRINTED PUBLICATIONS

| Author / Date / Title / Pages |
|---|
| Kelly, M. (2008). *3M Outlook Meeting: Innovative Solutions for Light Management and Visual Communications* [PowerPoint slides]. http://media.corporate-ir.net/media_files/irol/80/80574/mikekellypresentationfinal.pdf.  All pages. |
| Abileah, A. (2008). LCD Backlight Methodology and Applications Using Optical Enhancement Films. *Information Display*. All Pages. |
| Beyer, W. H. (1987). *CRC Standard Mathematical Tables*. (28th ed.). CRC Press, Inc.  All Pages. |
| Petersen, J. K. (2003). *Fiber Optics Illustrated Dictionary*. CRC Press LLC.  All Pages. |
| Bäumer, S. (Ed.). (2005). *Handbook of Plastic Optics*. Wiley-VCH Verlag GmbH & Co. KGaA.  All pages. |
| Kobayashi, S., Mikoshiba, S., & Lim, S. (Eds.). (2009). *LCD Backlights*. John Wiley & Sons, Ltd.  All pages. |
| Murray, C.B., Norris, D.J., & Bawensi, M.G. (1993). Synthesis and Characterization of Nearly Monodisperse CdE (E = S, Se, Te) Semiconductor Nanocrystallites. *Journal of the American Chemical Society*. 115(19). 8706-8715.  All pages. |
| Hecht, E. (1987). *Optics*. (2nd ed.). Addison-Wesley Publishing Company.  All pages. |
| Karp & Ford. (2009). "Planar micro-optic solar concentration using multiple imaging lenses into a common slab waveguide" ("Karp").  All pages. |
| *The Future of Display is Brighter and Bolder*. (2023). Nanosys. http://www.nanosys.com.  All pages. |
| *Welcome to QD Vision*. (2005). QD Vision Inc. https://web.archive.org/web/20080102143128/http://qdvision.com:80/.  All pages. |

## III. PERSONS HAVING KNOWLEDGE OF PRIOR ART

| Name | Address |
|---|---|
| Zane Coleman | 119 S Arlington Ave Elmhurst, IL 60126 |
| Sergiy Vasylyev | 1832 Tribute Road, Suite C Sacramento, CA 95815 |

## IV. OTHER DISCLOSURES

In addition to the disclosures above, Defendant also incorporates by reference the following documents as if set forth fully herein:

- The Asserted Patents and related patents, including their file histories, and any prior art cited during their prosecution.
- Each set of Defendant's invalidity contentions and the references cited therein.
- All prior art patents, publications, or products cited in the expert reports and declarations of the parties' experts, including the materials considered therein.
- The provisional, application, file history, and issued patents associated with any prior art identified above or cited in the expert reports and declarations of the parties' experts.
- All prior art references including documents, patents, publications, and products used as exhibits in all depositions taken in this matter, or in any other case in which Plaintiff has asserted the Asserted Patents.
- All prior art references including patents, publications, and products disclosed in the declarations and deposition transcripts of third-party witnesses in this case or any other case in which Plaintiff has asserted the Asserted Patents.
- Each set of invalidity contentions served on Plaintiff by any other company against whom Plaintiff has asserted the Asserted Patents, and the references cited therein.
- All prior art patents, publications, or products cited in the invalidity expert reports in any other case in which Plaintiff has asserted the Asserted Patents, including the materials considered therein.

| | |
|---|---|
| DATED: May 16, 2024 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |

By: */s/ Jack Shaw*

Jack Shaw
California Bar No. 309382
Robert H. Sloss *(Admitted Pro Hac Vice)*
California Bar No. 87757
**PROCOPIO CORY HARGREAVES & SAVITCH LLP**
3000 El Camino Real Ste 5-400
Palo Alto, CA 94306
Telephone: (650) 645-9000
Facsimile: (650) 687-8300
Email: robert.sloss@procopio.com
Email: jack.shaw@procopio.com

Victor M. Felix *(Admitted Pro Hac Vice)*
California Bar No. 179622
**PROCOPIO CORY HARGREAVES & SAVITCH LLP**
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 2350398
Email: victor.felix@procopio.com

Steven Maddox (Admitted Pro Hac Vice)
District of Columbia Bar No. 421272
**PROCOPIO CORY HARGREAVES & SAVITCH LLP**
1901 L. Street NW, Suite 620
Washington, D.C. 20036
Telephone: (202) 830-0707
Email: steven.maddox@procopio.com

Craig D. Cherry
State Bar No. 24012419
Mark D. Siegmund
State Bar No. 24117055

7

**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel: (252) 732-2242
Email: msiegmund@cjsjlaw.com
Email: ccherry@cjsjlaw.com

**Attorneys for Defendant ASUSTeK COMPUTER, INC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 16, 2024, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

*/s/ Jack Shaw*
Jack Shaw