# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00311-ADA |
| | § | |
| ASUSTEK COMPUTER INC. | § | |

## ORDER RESETTING JURY TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, October 07, 2024 at 09:00 AM**.

    IT IS SO ORDERED this 25th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE