UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SVV TECHNOLOGY INNOVATIONS, INC. §
§ CIVIL NO:
vs. § WA:22-CV-00311-ADA
§
ASUSTEK COMPUTER INC. §

# LIST OF WITNESSES

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Sergiy Vasylyev | 1. James Lee |
| 2. Thomas Credelle | 2. Keith Goossen |
| 3. Jaime Morquecho via deposition | 3. James Ferioli |
| 4. Jason Wu via deposition | 4. |
| 5. Matthew Farber | 5. |
| 6. James Lee | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |