United States District Court
Western District
Exhibits Log: 6 20 CV 311 SVV v AsusTEK
6 20 CV 311 SVV v AsusTEK, 9/23/2024

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-0005 | Appl No 61214 331 file history at SVVTI 014413 |
| Pla-0006 | Appl No 61339 512 file history at SVVTI 014455 |
| Pla-0012 | Appl Ser No 12764 867 Assignment at SVVTI 000404 |
| Pla-0013 | Appl Ser No 13181 482 Assignment at SVVTI 000406 |
| Pla-0014 | Appl Ser No 13351 800 Assignment at SVVTI 000408 |
| Pla-0015 | 2021 02 25 DHL Tracking of License Invitation Letter at SVVTI 000417 |
| Pla-0016 | 2021 02 19 SVVTI Letter at SVVTI 000418 |
| Pla-0018 | 2021 03 12 Wu Email at SVVTI 029987 |
| Pla-0025 | 2021 12 01 Katz Email at SVVTI 030004 |
| Pla-0026 | 2021 12 02 Wu Email at SVVTI 030008 |
| Pla-0027 | 2021 12 03 Katz Email at SVVTI 030013 |
| Pla-0030 | 2022 02 21 Wu Email at SVVTI 030035 |
| Pla-0044 | J Wu Dep Ex 7 at SVVTI 030048 |
| Pla-0047 | J Lee Dep Ex 3 at SVVTI 034649 |
| Pla-0052 | 2023 08 11 ASUSTeK Resp to SVV 1st RFAs |
| Pla-0109 | Product Images for ASUS PA278CV at SVVTI 057123 |
| Pla-0116 | Product Images for ASUS PG32UQ at SVVTI 057310 |
| Pla-0919 | ASUSTEK_0014384 |
| Pla-0920 | ASUSTEK_0014385 |
| Pla-0921 | ASUSTEK_0014386 |
| Pla-0922 | ASUSTEK_0014387 |
| Def-1972 | Photo of PG32UQ Representative Demonstrative Product |
| Def-1973 | Photo of PA278CV Representative Demonstrative Product |
| Joint-1-US8290318atSV | |
| Joint-2-US9880342atSV | |
| Joint-3-US10439089atS | |
| Joint-4-US10627562atS | |
| Joint-0005-JointStipulat | |