## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** | § § § | |
| *Plaintiff,* | § § | |
| | § | **Civil Action No. 6:22-cv-311-** |
| **v.** | § | **ADA** |
| | § | |
| **ASUSTEK COMPUTER INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant.* | § § | |
| | § | |

### VERDICT FORM

When answering the following questions and filling out this Verdict Form, you are to follow the instructions I have given you in the Court's Jury Instructions charge and follow the directions provided throughout this form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, the following terms have the following meanings:

- "SVV" refers to SVV Technology Innovations Inc.

- "ASUSTeK" refers to ASUSTeK Computer Inc.

- The "'342 Patent" refers to U.S. Patent No. 9,880,342.

- The "'562 Patent" refers to U.S. Patent No. 10,627,562.

- The "'318 Patent" refers to U.S. Patent No. 8,290,318.

- The "'089 Patent" refers to U.S. Patent No. 10,439,089.

- The "Asserted Claims" refers to claims 1 and 21 of the '342 Patent; claims 1 and 7 of the '562 Patent; claim 3 of the '318 Patent; claim 19 of the '089 Patent.

3

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1:**

Did SVV prove by a preponderance of the evidence that ASUSTeK infringed **ANY** of the following Asserted Claims?

For each claim below, please check "Yes" or "No"

*"Yes" is a finding for SVV. "No" is a finding for ASUSTeK.*

**'342 Patent**

| | | | | |
|---|---|---|---|---|
| Claim 1 of the '342 Patent | YES | ✓ | NO | |
| Claim 21 of the '342 Patent | YES | ✓ | NO | |

**'562 Patent**

| | | | | |
|---|---|---|---|---|
| Claim 1 of the '562 Patent | YES | ✓ | NO | |
| Claim 7 of the '562 Patent | YES | ✓ | NO | |

**'318 Patent**

| | | | | |
|---|---|---|---|---|
| Claim 3 of the '318 Patent | YES | ✓ | NO | |

**'089 Patent**

| | | | | |
|---|---|---|---|---|
| Claim 19 of the '089 Patent | YES | ✓ | NO | |

4

## QUESTION NO. 2:

Did SVV prove by a preponderance of the evidence that ASUSTeK induced infringement of **ANY** of the following Asserted Claims?

For each claim below, please check "Yes" or "No"

*"Yes" is a finding for SVV. "No" is a finding for ASUSTeK.*

### '342 Patent

Claim 1 of the '342 Patent          YES    ✓ / ____     NO _____

Claim 21 of the '342 Patent         YES    ✓ ____       NO _____

### '562 Patent

Claim 1 of the '562 Patent          YES    ✓ ____       NO _____

Claim 7 of the '562 Patent          YES    ✓ ____       NO _____

### '318 Patent

Claim 3 of the '318 Patent          YES    ✓ ____       NO _____

### '089 Patent

Claim 19 of the '089 Patent         YES    ✓ ____       NO _____

5

**If you answered "NO" to ALL Asserted Claims in Question Nos. 1 and 2, then DO NOT answer Question 3.**

**QUESTION NO. 3:**

Did SVV prove by a preponderance of the evidence that ASUSTeK willfully

infringed **ANY** of the Asserted Claims?

Please check "Yes" or "No"

*"Yes" is a finding for SVV. "No" is a finding for ASUSTeK.*

Yes: ___✓___        No: _____

**If you answered "NO" to ALL Asserted Claims in Question Nos. 1 and 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found infringed in Question Nos. 1 or 2.**

**QUESTION NO. 4:**

What is the amount of damages, if any, that you find SVV has proven, by a preponderance of the evidence, would compensate SVV for infringement of the claim(s) that you have found are infringed?

$ 22,434,055

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this __26th__ day of September, 2024.



JURY FOREPERSON

8