# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. § § § *Plaintiff*, § § v. § § ASUSTEK COMPUTER INC. § § *Defendant*. § § § | Civil Action No. 6:22-cv-00311-ADA |

## ORDER GRANTING MOTION TO REDACT TRIAL TRANSCRIPTS

Before the Court is Plaintiff SVV Technology Innovations, Inc.'s ("SVV") Unopposed Motion to Redact Trial Transcripts (the "Motion"). Having considered the Motion in its entirety, the Motion is hereby GRANTED. Accordingly, the Court hereby ORDERS the trial transcripts (filed as ECF Nos. 204, 205, and 206) be redacted as requested.

Signed on this _____ day of _____, 2024.

_____
ALAN D ALBRIGHT, UNITED STATES DISTRICT JUDGE