**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § § § | |
| *Plaintiff*, | § § | Civil Action No.  6:22-cv-00311-ADA |
| v. | § § | **JURY DEMANDED** |
| ASUSTEK COMPUTER INC. | § § § | |
| *Defendant*. | § | |

**JOINT STIPULATION REGARDING BRIEFING**
**SCHEDULE FOR THE PARTIES' POST-TRIAL BRIEFS**

The Parties hereby notify the Court that they have agreed to a post-trial briefing schedule as follows:

| Item | Deadline |
|---|---|
| Parties' Post Trial Motions | November 11, 2024 |
| Parties' Opposition Briefs | December 2, 2024 |
| Parties' Reply Briefs | December 10, 2024 |

DATED: November 26, 2024

Respectfully submitted,

*/s/ Warren J. McCarty, III*

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Warren J. McCarty, III
Texas Bar No. 24107857
Email: wmccarty@caldwellcc.com
Robert Seth Reich, Jr.
Texas Bar No. 24088283
Email: sreich@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
John F. Summers
Texas Bar No. 24079417
Email: jsummers@caldwellcc.com
Aisha M. Haley *(admitted pro hac vice)*
Texas Bar No. 24139895
Bjorn A. Blomquist
Texas Bar No. 24125125
Email: bblomquiest@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert D. Katz
Texas Bar No. 24057936
Email: rkatz@katzfirm.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:  (214) 865-8000
Facsimile:   (888) 231-5775

**ATTORNEYS FOR PLAINTIFF SVV
TECHNOLOGY INNOVATIONS INC.**

*/s/ Michelle L. Marriott*

Eric A. Buresh
Michelle L. Marriott
Chris R. Schmidt
Nick Apel
**ERISE IP, P.A.**
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
eric.buresh@eriseip.com
michelle.marriott@erisip.com
chris.schmidt@eriseip.com
nick.apel@eriseip.com

Mark D. Siegmund
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., Ste. 903
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**ATTORNEYS FOR DEFENDANT
ASUSTEK COMPUTER INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2024, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5. Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Western District of Texas, Section 14.

*/s/ Warren J. McCarty, III*
Warren J. McCarty, III
