*Exhibit B*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION


SVV TECHNOLOGY                )
INNOVATIONS, INC.,            )
                              ) C.A. No. 6:22:cv-00639-ADA
   Plaintiff,                 ) C.A. No. 6:22-cv-00640-ADA
                              ) C.A. No. 6:22-cv-00641-ADA
vs.                           )
                              )
ACER, INC.,                   )
                              )
   Defendants.                )
_____)


REPORTER'S TRANSCRIPT

V I D E O   D E P O S I T I O N

THOMAS CREDELLE,


TUESDAY, DECEMBER 19, 2023

REMOTE VIDEO TELECONFERENCE


9:10 a.m. PST

to

4:58 p.m. PST


Stenographically Reported by:
Burgundy B. Ryan, RPR,
CSR No. 11373
Job No. 518966
Pages 1-219

A P P E A R A N C E S

ALL PARTIES ATTENDING REMOTELY


ON BEHALF OF THE PLAINTIFF:

      KATZ PLLC
      By:  ROBERT D. KATZ, ESQUIRE
      6060 N. Central Expressway, Suite 560
      Dallas, Texas 75206
      214-865-8000
      rkatz@katzfirm.com


ON BEHALF OF THE DEFENDANT:

      TECHKNOWLEDGE LAW GROUP LLP
      By:  JERRY CHEN, Esquire
      20660 Stevens Creek Boulevard, Suite 381
      Cupertino, California 95014
      650-517-5200
      jchen@tklg-llp.com


ALSO PRESENT:

      Daniel Esparza, Planet Depos technician

      Mylene Santiano, Planet Depos videographer

DEPOSITION SUPPORT INDEX

QUESTIONS INSTRUCTED NOT TO ANSWER:

PAGE     LINE

(None)

REQUEST FOR PRODUCTION OF DOCUMENTS

PAGE     LINE

(None)

STIPULATIONS

PAGE     LINE

(None)

QUESTIONS MARKED

PAGE     LINE

(None)

REPORTER'S NOTE:

QUOTATION MARKS ARE USED FOR CLARITY AND DO NOT

NECESSARILY REFLECT A DIRECT QUOTE.

                        I N D E X

                                                    PAGE

EXAMINATION BY MR. CHEN........................   7


                        --o0o--



                     E X H I B I T S

EXHIBIT                DESCRIPTION              PAGE

 01            Opening Expert Report             9
               of Thomas Credelle

 02         Book entitled "LCD Backlights        52
              by Shunsuke Kobayashi."

 03         U.S. Patent No. 8,290,318            88

 04         U.S. Patent No. 10,269,999           98

 05               Claim Chart                    162

                        --o0o--

BE IT REMEMBERED that, pursuant to Notice of Taking Deposition, and on Tuesday, December 19, 2023, commencing at 9:10 a.m. PST thereof, via remote video teleconference, before me, Burgundy B. Ryan, a Certified Shorthand Reporter in and for the State of California, personally appeared

THOMAS CREDELLE,

a witness called on behalf of DEFENDANT, pursuant to all applicable sections of the Federal Rules of Civil Procedure, and who, having been first duly sworn by me to testify to the truth, was examined and testified as follows:

IT TECHNICIAN:  Thanks to everyone for attending this proceeding remotely, which we anticipate will run smoothly.

Please remember to speak slowly, and do your best not to talk over one another.

Please be aware that we are recording this proceeding for backup purposes.  Any off-the-record discussions should be had away from the computer.  Please remember to mute your microphone for these conversations.

Please have your video enabled to help the reporter identify who is speaking.  If you are unable to connect via video and are connecting via

phone, please identify yourself each time before you speak.

I apologize in advance for any technical-related interruptions. Thank you.

THE VIDEOGRAPHER: Thank you. Please stand by for video.

Here begins Media No. 1 in the videotaped deposition of Thomas Credelle in the matter of SVV Technology Innovations, Inc. versus Acer, Inc. in the United States District Court, for the Western District of Texas, Waco Division, case numbers 6:22-cv-00639 through 641-ADA.

Today's date is December 19th, 2023.

The time on the video monitor is 9:10 a.m. Pacific Standard Time.

The remote videographer today is Mylene Santiano, representing Planet Depos.

All parties of this video deposition are attending remotely.

Would Counsel please voice-identify themselves and state whom they represent, starting with the taking attorney?

MR. CHEN: Jerry Chen from Technology Law Group representing Acer, Inc., Defendant.

MR. KATZ: Good morning. Robert Katz

representing Plaintiff, SVV Technology Innovations, Inc.

THE VIDEOGRAPHER:  The court reporter today is Brooke Ryan, representing Planet Depos.

The witness will now be sworn.

(Whereupon, the witness was sworn.)

COURT REPORTER:  Thank you very much.

Counsel, you may proceed.

MR. CHEN:  Thank you.

THOMAS CREDELLE,

having been first duly sworn to tell the whole truth, testified as follows:

EXAMINATION

By MR. CHEN:

Q.  Good morning, Mr. Credelle.

A.  Good morning.

Q.  My name is Jerry Chen.  I'm an attorney at the law firm of Technology Law Group.  I represent Defendant Acer, Inc.  Today I will be deposing you in connection with the cases filed by SVV Technology Innovations, Inc.  I will be asking you questions related to the expert reports that you have submitted in these matters.

Do you understand?

A.  Yes.

with these dots and I just show an example of two
that are directly beneath as I've indicated with the
arrows.

Q. Right. But it's -- let me ask you the
question this way: What part of this claim
limitation requires that the light deflecting
elements be located directly underneath a lens?

A. None.

Q. Okay.

A. That is why I said for example. So I'm
trying to make it easy to see what I'm pointing to
in the picture below.

Q. But as I understand it, the formation of
the lenses on the top surface of the waveguide is
predetermined because that's how it's designed;
right? It has to be; correct?

A. From a mold, for example.

Q. Sorry, I think you -- did you mean to say
yes?

A. I -- I -- yes, I meant to say yes.

Q. Okay.

A. I said -- I added -- I guess is my Internet
chopping up again? Anyway, I added for example from
a mold.

Q. Okay. And then it's also, I think -- as I

think you have explained, the location of the light deflecting element on the back surface of the waveguide are also predetermined because they are set by design in the CAD system; right?

A.   Yes.  Yes.

Q.   I mean in a sense they have to be.  I mean it's true effectively of any light deflecting element on the bottom of the waveguide, right, they are all predetermined; correct?

A.   There is -- there is a different alignment for different dots but they are -- there is a pre- -- they are predetermined as we discussed.

Q.   Okay.  So given that the structures on the top surface through manufacturing are predetermined and have to be predetermined, and the structures on the bottom surface through manufacturing are also predetermined, then it's your opinion that the alignment of the light deflecting elements in the lenses would always be in some sort of predetermined alignment; correct?

A.   There -- there would be a predetermined alignment between these two surfaces, and therefore -- and I will identify plurality of light deflecting elements but I think the claim is light deflecting elements I believe.

CERTIFICATE OF STENOGRAPHIC REPORTER


        I, BURGUNDY B. RYAN, a Certified Shorthand
Reporter, hereby certify that the witness in the
foregoing deposition,

                THOMAS CREDELLE,
was by me duly sworn to tell the truth, the whole
truth, and nothing but the truth, in the
within-entitled cause; that said deposition was
taken at the time and place therein named; that the
testimony of said witness was stenographically
reported by me, a disinterested person, and was
thereafter transcribed into typewriting.

        I further certify that I am not of counsel
or attorney for either or any of the parties to said
deposition, nor in any way interested in the outcome
of the cause named in said caption.


        DATED:  Tuesday, January 2, 2024.




_____
        Burgundy B. Ryan, CSR No. 11373, RPR