IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:22-cv-00311-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., | § § § | |
| Defendant. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves *inter alia* U.S. Patent No. 10,439,089, which is titled *"Light Converting System Employing Planar Light Trapping and Light Absorbing Structures"* and relates to a light converting optical system employing a planar light trapping optical structure illuminated by a source of monochromatic light. The specification discusses various embodiments including different arrangements of optically transmissive and reflective surfaces, photoresponsive layers, and lens arrays. The parties' post-trial motions require an understanding of these optical structures.

The Court hereby appoints Barry K. Shelton to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Mr. Shelton's appointment pursuant to the terms of this Order would assist the Court in this case. Mr. Shelton's contact information is as follows:

>Barry K. Shelton
>E-mail: bshelton@sheltoncoburn.com
>Shelton Coburn LLP
>311 RR 620 S, Ste. 205
>Austin Texas 78734

The parties shall send courtesy copies of electronic copies of the post-trial briefs, exhibits and trial transcripts to Mr. Shelton no later than three business days after the date of this order after contacting him at the email address above for an upload link. If the document was filed with the Court, the copy must include the CM/ECF header unless it was filed under seal.

The parties are **ORDERED** to notify the Court of any conflicts with Mr. Shelton within 7 days of this order.

**SIGNED** this 25th day of November, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE