**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., | |
| Plaintiff, | Civil Action No. 6:22-cv-00311-ADA |
| v. | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER, INC., | |
| Defendant. | |

**NOTICE REGARDING AGREED EXTENSION OF TIME
TO FILE AMENDED FINAL JUDGMENT**

Plaintiff SVVTI and Defendant ASUSTeK Computer, Inc. (collectively the "Parties") have agreed to a three-day extension of the deadline to file the Amended Final Judgment in this case.

On April 6, 2026, the Court filed a Sealed Memorandum Opinion and Order resolving the parties post-trial motions and ordering the parties to "jointly submit a proposed amended final judgment" within 60 days of the date of the Order. Dkt. 250. The Parties have agreed to extend the deadline to file the Amended Final Judgment from June 5, 2026 to June 8, 2026.

The parties certify that this three-day extension is agreed upon, does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  June 5, 2026                        Respectfully submitted,

| | |
|---|---|
| */s/ Robert D. Katz*<br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Robert Seth Reich, Jr.<br>Texas Bar No. 24088283<br>Email: sreich@caldwellcc.com<br>Daniel R. Pearson<br>Texas Bar No. 24070398<br>Email: dpearson@caldwellcc.com<br>John F. Summers<br>Texas Bar No. 24079417<br>Email: jsummers@caldwellcc.com<br>Aisha M. Haley *(admitted pro hac vice)*<br>Texas Bar No. 24139895<br>**CALDWELL CASSADY & CURRY P.C.**<br>2121 N Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Telephone:   (214) 888-4848<br>Facsimile:    (214) 888-4849<br><br>Warren J. McCarty, III<br>Texas Bar No. 24107857<br>Email: wmccarty@azalaw.com<br>**AHMAD, ZAVITSANOS &**<br>**MENSING, PLLC**<br>2001 Ross Avenue, Suite 520<br>Dallas, Texas 75201<br>Telephone:   (214) 800-4501<br><br>Robert D. Katz<br>Texas Bar No. 24057936<br>Email: rkatz@katzfirm.com<br>**KATZ PLLC**<br>6060 N. Central Expressway, Suite 560<br>Dallas, Texas 75206<br>Telephone:   (214) 865-8000<br>Facsimile:    (888) 231-5775<br><br>**ATTORNEYS FOR PLAINTIFF SVV TECHNOLOGY INNOVATIONS INC.** | **Erise IP, P.A.**<br><br>By: */s/ Michelle Marriott*<br>Eric A. Buresh<br>Michelle L. Marriott<br>Chris R. Schmidt<br>7015         College<br>Blvd.,    Ste.    700<br>Overland  Park,  KS<br>66211<br>Tel: (913) 777-5600<br>Fax: (913) 777-5601<br>eric.buresh@eriseip.com<br>michelle.marriott@erisip.com<br>chris.schmidt@eriseip.com<br><br>*Attorneys for Defendant*<br>*ASUSTeK Computer, Inc.* |