**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC. | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:22-cv-00311-ADA |
| v. | § § | |
| ASUSTEK COMPUTER INC., | § § § | |
| *Defendant.* | § § § § | |

---

**AMENDED FINAL JUDGMENT**

---

The above-captioned matter was tried to a jury, which returned its unanimous verdict on September 26, 2024. The jury found that ASUSTeK Computer Inc. ("ASUS") willfully infringed claims 1 and 21 of U.S. Patent No. 9,880,342; claims 1 and 7 of U.S. Patent No. 10,627,562; claim 3 of U.S. Patent No. 8,290,318; and claim 19 of U.S. Patent No. 10,439,089,[1] awarding $22,434,055 in damages. ECF No. 202. The Court also granted a directed verdict on validity. 9/25/24 Trial Tr. (Rough) 802:15–21. Final judgment was entered in favor of SVV Technology Innovations, Inc. ("SVV") on October 15, 2024. ECF No. 208.

Following the entry of Final Judgment, ASUS filed its Sealed Motion for Judgment as a Matter of Law and New Trial (ECF No. 217) and Sealed Motion to Vacate Judgment or,

---

[1] U.S. Patent No. 9,880,342; U.S. Patent No. 10,627,562; U.S. Patent No. 8,290,318; and U.S. Patent No. 10,439,089 are collectively referred to herein as the "Asserted Patents." Claims 1 and 21 of U.S. Patent No. 9,880,342; claims 1 and 7 of U.S. Patent No. 10,627,562; claim 3 of U.S. Patent No. 8,290,318; and claim 19 of U.S. Patent No. 10,439,089 are collectively referred to as the "Asserted Claims."

Alternatively, for New Trial due to SVV's Litigation Misconduct and Misrepresentations (ECF No. 218). SVV filed its Sealed Motion for Enhanced Damages (ECF No. 219) and Sealed Motion for Supplemental Damages and Ongoing Royalties (ECF No. 220) (collectively, the "Post-Judgment Motions"). On April 6, 2026 the Court issued a Memorandum and Order addressing Post-Judgment Motions filed by the parties.  ECF No. 250.

The Court having now ruled on each of the Post-Judgment Motions, and pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the unanimous jury verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS** its **AMENDED FINAL JUDGMENT** as follows:

1. ASUS infringed claims 1 and 21 of U.S. Patent No. 9,880,342; claims 1 and 7 of U.S. Patent No. 10,627,562; claim 3 of U.S. Patent No. 8,290,318; and claim 19 of U.S. Patent No. 10,439,089;

2. The Asserted Claims of the Asserted Patents are not invalid;

3. ASUS's infringement was willful;

4. SVV is hereby awarded $22,434,055 against ASUS for the infringement of the Asserted Claims found by the jury;

5. SVV is hereby awarded supplemental damages for ASUS's infringing sales from September 24, 2024 through October 15, 2024 at a royalty rate of $5.34 per unit in the amount of $220,467.

6. SVV is awarded prejudgment interest of $2,311,296 on the jury's award and supplemental damages, which represents prejudgment interest awarded at the one-year T-bill rate, compounded annually.

7. SVV is the prevailing party in this action, and is awarded costs in the amount of $144,669.17 (ECF No. 233).

8. SVV is hereby awarded $22,434,055 in enhanced damages against ASUS;

9. SVV is awarded an ongoing royalty at the rate of $5.34 per unit for the Accused Products adjudicated to be infringing from October 16, 2024 through the expiration of all of U.S. Patent No. 8,290,318, No. 9,880,342, No. 10,439,089, and No. 10,627,562.

   o For the period of October 16, 2024 through March 31, 2026, ASUS shall pay to SVV ongoing royalties of $2,309,037;

   o Thereafter, within 30 days of the end of each fiscal quarter (i.e., June 30, September 30, December 31, March 31, each a "reporting period"), ASUS will provide SVV with sales data for the Accused Products adjudicated to be infringing showing unit sales during such reporting period.

10. Pursuant to 28 U.S.C. § 1961, ASUS shall pay post-judgment interest on all amounts awarded to SVV starting on the date on which the sum was awarded through the date that ASUS pays the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. 28 U.S.C. § 1961. For clarity, the amounts reflected in the Final Judgment (Dkt. 208), the $220,570 of supplemental damages through October 15, 2024, and the $2,311,296 of prejudgment interest were awarded as of October 15, 2024; SVV's costs of $144,669.17 were awarded as of December 5, 2024; the post-verdict award for enhanced damages and on-going royalties through March 31, 2026 are awarded as of the date of this Amended Final Judgment, and on-going royalties on infringing sales on or after April 1, 2026 are

3

awarded as of the date on which the royalties are legally due to SVV under the payment schedule reflected in this Amended Final Judgment.  Post-judgment interest per § 1961 shall accrue from the foregoing dates and will be calculated upon the conclusion of all appeals.

11. The Court retains jurisdiction to enforce the payment of ongoing royalties;

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

SO ORDERED and SIGNED this 9th day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE